# EXHIBIT A – 1
# State Court Docket Entries




No Items in Cart  LOGOUT  mjones9

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 120301825 |
| Case Caption: | MIRARCHI VS MANGAN ETAL |
| Filing Date: | Friday , March 16th, 2012 |
| Court: | MAJOR JURY-STANDARD |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | WHISTLEBLOWER PROTECTION ACT |
| Status: | LISTED FOR SETTLEMENT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 05-AUG-2013 09:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |
| PROJECTED PRE-TRIAL CONF. DATE | 07-OCT-2013 09:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |
| PROJECTED TRIAL DATE | 04-NOV-2013 09:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SMALLEY SR., BERNARD W |

| | | | | |
|---|---|---|---|---|
| **Address:** | ONE PENN CENTER AT SUBURBAN ST 1617 JFK BLVD., SUITE 1700 PHILADELPHIA PA 19103 (215)875-0609 | **Aliases:** | none | |
| 2 | | 1 | PLAINTIFF | MIRARCHI, RAFAELLE |
| **Address:** | 1333 WOLF STREET PHILADELPHIA PA 19148 | **Aliases:** | none | |
| 3 | | | DEFENDANT | SCHWARTZ MD, MARSHALL |
| **Address:** | 3601 A. STREET PHILADELPHIA PA 19134 | **Aliases:** | none | |
| 4 | | | DEFENDANT | SCHIDLOW MD, DANIEL |
| **Address:** | 3601 A. STREET PHILADELPHIA PA 19134 | **Aliases:** | none | |
| 5 | | | DEFENDANT | ANDERS RN, JOAN |
| **Address:** | 3601 A. STREET PHILADELPHIA PA 19134 | **Aliases:** | none | |
| 6 | | | DEFENDANT | FEE MD, MAUREEN |
| **Address:** | 3601 A. STREET PHILADELPHIA PA 19134 | **Aliases:** | none | |
| 7 | | 21 | DEFENDANT | TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR |

|  |  |  |  | CHILDREN LL |
|---|---|---|---|---|
| **Address:** | 3601 A. STREET PHILADELPHIA PA 19134 | **Aliases:** | none | |
| | | | | |
| 8 | | | DEFENDANT | TENET HEALTH SYSTEM PHILADELPHIA, INC. C/O CT CORPORATION |
| **Address:** | 1515 MARKET STREET SUITE 1210 PHILADELPHIA PA 19102 | **Aliases:** | none | |
| | | | | |
| 9 | | | DEFENDANT | TENET HEALTH SYSTEM MEDICAL, INC. |
| **Address:** | 1445 ROSS AVENUE SUITE 1400 DALLAS TX 75202 | **Aliases:** | none | |
| | | | | |
| 10 | | | DEFENDANT | TENET HEALTH SYSTEM HOLDINGS, INC. |
| **Address:** | 1445 ROSS AVENUE SUITE 1400 DALLAS TX 75202 | **Aliases:** | none | |
| | | | | |
| 11 | | | DEFENDANT | TENET HEALTHCARE CORPORATION |
| **Address:** | 1445 ROSS AVENUE SUITE 1400 DALLAS TX 75202 | **Aliases:** | none | |
| | | | | |
| 12 | | | DEFENDANT | MANGAN RN, BERNEDETTE |
| **Address:** | 3601 A. STREET PHILADELPHIA PA | **Aliases:** | none | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 19134 |  |  |  |
|  | 13 |  | DEFENDANT | PELLETIER MD, GLENN |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 14 |  | DEFENDANT | PERRI RN, ALEXES |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 15 |  | DEFENDANT | BLOUNT RN, KAREN |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 16 |  | DEFENDANT | COULTER RN, LISA |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 17 |  | DEFENDANT | MOULICK MD, ACHINTYA |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 18 |  | DEFENDANT | SCENNA, MARIA |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |
|  | 19 |  | DEFENDANT | BAUR RN, HEIDI |
| Address: | 3601 A. STREET PHILADELPHIA PA 19134 | Aliases: | none |  |

| 20 | | | TEAM LEADER | TERESHKO, ALLAN L |
|---|---|---|---|---|
| Address: | 231 CITY HALL PHILADELPHIA PA 19107 (215)686-7324 | Aliases: | none | |
| 21 | | | ATTORNEY FOR DEFENDANT | JONES, MICHAEL D |
| Address: | REED SMITH LLP SUITE 2500 ONE LIBERTY PLACE 1615 MARKET ST PHILADELPHIA PA 19103 (215)851-8871 | Aliases: | none | |
| 22 | 1 | | ATTORNEY FOR PLAINTIFF | CRAWFORD ESQ, MICHON L |
| Address: | THE TUCKER LAW GROUP, LLC 1617 JFK BLVD, SUITE 1700 PHILADELPHIA PA 19103 (215)875-0609 | Aliases: | none | |
| 23 | 1 | | ATTORNEY FOR PLAINTIFF | WITTS, VENYCKLES AMANDA |
| Address: | TUCKER LAW GROUP ONE PENN CENTER 1617 JFK BLVD STE 1700 PHILADELPHIA PA 19103 (215)875-0609 | Aliases: | none | |
| 24 | 1 | | ATTORNEY | TUCKER,JR. JR, JOE H |

|          |                                                                                                               |          | FOR PLAINTIFF              |                   |
|----------|---------------------------------------------------------------------------------------------------------------|----------|----------------------------|-------------------|
| Address: | THE TUCKER LAW GROUP, LLC ONE PENN CENTER @ SUBURBAN STA 1617 JFK BLVD SUITE 1700 PHILADELPHIA PA 19103 (215)875-0609 | Aliases: | none                       |                   |

| 25 | | 1 | ATTORNEY FOR PLAINTIFF | ROSS III, RILEY H |
|----|---|---|------------------------|-------------------|
| Address: | TUCKER LAW GROUP, LLC 1617 JFK BLVD., SUITE 1700 PHILADELPHIA PA 19103 (215)875-0609 | Aliases: | none | |

## Docket Entries

| Filing Date/Time      | Docket Type                      | Filing Party                 | Disposition Amount | Approval/ Entry Date  |
|-----------------------|----------------------------------|------------------------------|--------------------|-----------------------|
| 16-MAR-2012 02:47 PM  | ACTIVE CASE                      |                              |                    | 16-MAR-2012 02:52 PM  |
| Docket Entry:         | E-Filing Number: 1203028927      |                              |                    |                       |
| 16-MAR-2012 02:47 PM  | COMMENCEMENT CIVIL ACTION JURY   | SMALLEY SR., BERNARD W       |                    | 16-MAR-2012 02:52 PM  |
| Documents:            | Final Cover                      |                              |                    |                       |
| Docket Entry:         | none.                            |                              |                    |                       |
| 16-MAR-2012 02:47 PM  | PRAE TO ISSUE WRIT OF SUMMONS    | SMALLEY SR., BERNARD W       |                    | 16-MAR-2012 02:52 PM  |

| | | | | |
|---|---|---|---|---|
| **Documents:** | Writ of Summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| 16-MAR-2012 02:47 PM | SHERIFF'S SURCHARGE 17 DEFTS | SMALLEY SR., BERNARD W | | 16-MAR-2012 02:52 PM |
| **Docket Entry:** | *none.* | | | |
| 16-MAR-2012 02:47 PM | JURY TRIAL PERFECTED | SMALLEY SR., BERNARD W | | 16-MAR-2012 02:52 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 16-MAR-2012 02:47 PM | WAITING TO LIST CASE MGMT CONF | SMALLEY SR., BERNARD W | | 16-MAR-2012 02:52 PM |
| **Docket Entry:** | *none.* | | | |
| 17-APR-2012 08:19 PM | AFFIDAVIT OF SERVICE FILED | | | 18-APR-2012 08:29 AM |
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON HEIDI BAUR, ACHINTYA MOULICK, MAUREEN FEE, JOAN ANDERS AND MARSHALL SCHWARTZ BY PERSONAL SERVICE ON 04/13/2012 FILED. | | | |
| 18-APR-2012 11:29 AM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 18-APR-2012 11:30 AM |
| **Documents:** | Afdvt of Service.1 Joan Anders.pdf<br>Afdvt of Service.2 Maureen Fee.pdf<br>Afdvt of Service.3 Heidi Baur.pdf<br>Afdvt of Service.4 Marshall Schwartz.pdf<br>Afdvt of Service.5 Achintya Moulick.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON MAUREEN FEE, MARSHALL SCHWARTZ, JOAN ANDERS, HEIDI BAUR AND ACHINTYA MOULICK BY PERSONAL SERVICE ON 04/13/2012 | | | |

|  | FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) |  |  |  |
|---|---|---|---|---|
| 18-APR-2012 11:40 AM | ATTEMPTED SERVICE - NOT FOUND | SMALLEY SR., BERNARD W |  | 18-APR-2012 11:40 AM |
| Documents: | Afdvt of Non-Service.1 Tenet Health System St. Chris.pdf<br>Afdvt of Non-Service.2 Lisa Coulter.pdf<br>Afdvt of Non-Service.3 Maria Scenna.pdf<br>Afdvt of Non-Service.4 Alexes Perri.pdf<br>Afdvt of Non-Service.5 Gene Pelletier.pdf<br>Afdvt of Non-Service.6 Karen Blount.pdf<br>Afdvt of Non-Service.7 Daniel Schidlow.pdf<br>Afdvt of Non-Service.8 Barnedette Mangan.pdf |  |  |  |
| Docket Entry: | TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL, MARIA SCENNA, LISA COULTER, KAREN BLOUNT, GLENN PELLETIER, DANIEL SCHIDLOW, BERNEDETTE MANGAN AND ALEXES PERRI NOT FOUND ON 04/13/2012. (FILED ON BEHALF OF RAFAELLE MIRARCHI) |  |  |  |
| 19-APR-2012 11:09 AM | ATTEMPTED SERVICE - NOT FOUND |  |  | 19-APR-2012 11:16 AM |
| Documents: | 57713.pdf<br>57722.pdf<br>57724.pdf<br>57723.pdf<br>57718.pdf<br>57721.pdf<br>57709.pdf<br>57725.pdf |  |  |  |
| Docket Entry: | MARIA SCENNA, LISA COULTER, KAREN BLOUNT, ALEXES PERRI, GLENN PELLETIER, BERNEDETTE MANGAN, TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL AND DANIEL SCHIDLOW NOT FOUND ON 04/13/2012. |  |  |  |
| 25-APR-2012 11:41 AM | ATTEMPTED SERVICE - NOT FOUND |  |  | 25-APR-2012 11:47 AM |
| Documents: | 57732.pdf |  |  |  |
| Docket Entry: | TENET HEALTH SYSTEM HOLDINGS, INC. NOT FOUND ON 04/18/2012. |  |  |  |
| 25-APR-2012 11:44 AM | AFFIDAVIT OF SERVICE FILED |  |  | 25-APR-2012 11:45 AM |

| | | | | |
|---|---|---|---|---|
| **Documents:** | 57731.pdf <br> 57733.pdf | | | |
| **Docket Entry** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON TENET HEALTHCARE CORPORATION AND TENET HEALTH SYSTEM MEDICAL, INC. BY PERSONAL SERVICE ON 04/18/2012 FILED. | | | |
| 07-JUN-2012 09:02 AM | LISTED FOR CASE MGMT CONF | | | 07-JUN-2012 09:02 AM |
| **Docket Entry:** | *none.* | | | |
| 09-JUN-2012 12:38 AM | NOTICE GIVEN | | | 09-JUN-2012 12:38 AM |
| **Docket Entry:** | *none.* | | | |
| 12-JUN-2012 09:10 AM | CMCF RESCHEDULED BY COURT | SULLIVAN, JOAN | | 12-JUN-2012 09:11 AM |
| **Docket Entry:** | *none.* | | | |
| 12-JUN-2012 09:11 AM | LISTED FOR CASE MGMT CONF | | | 12-JUN-2012 09:11 AM |
| **Docket Entry:** | *none.* | | | |
| 12-JUN-2012 09:11 AM | NOTICE GIVEN | | | 12-JUN-2012 09:11 AM |
| **Documents:** | NOTGV_17.pdf | | | |
| **Docket Entry:** | *none.* | | | |
| 12-JUN-2012 09:11 AM | NOTICE GIVEN UNDER RULE 236 | | | 13-JUN-2012 01:04 PM |
| **Docket Entry:** | NOTICE GIVEN ON 13-JUN-2012 OF NOTICE GIVEN ENTERED ON 12-JUN-2012. | | | |

| 14-JUN-2012 12:38 AM | NOTICE GIVEN | | | 14-JUN-2012 12:38 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 17-JUL-2012 04:07 PM | PRAECIPE TO REISSUE SUMMONS | SMALLEY SR., BERNARD W | | 18-JUL-2012 07:08 AM |
|---|---|---|---|---|
| **Documents:** | Praecipe to Reinstate Writ.pdf<br>Writ of Summons.pdf | | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |

| 29-JUL-2012 08:36 AM | AFFIDAVIT OF SERVICE FILED | | | 30-JUL-2012 09:11 AM |
|---|---|---|---|---|
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON ALEXES PERRI BY PERSONAL SERVICE ON 07/25/2012 FILED. | | | |

| 29-JUL-2012 09:16 AM | AFFIDAVIT OF SERVICE FILED | | | 30-JUL-2012 09:16 AM |
|---|---|---|---|---|
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL BY PERSONAL SERVICE ON 07/24/2012 FILED. | | | |

| 08-AUG-2012 04:35 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 09-AUG-2012 08:32 AM |
|---|---|---|---|---|
| **Documents:** | 20120808162856669.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON GLENN PELLETIER BY PERSONAL SERVICE ON 07/25/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |

| 09-AUG-2012 10:41 AM | CASE MGMT CONFERENCE COMPLETED | SALTER, PAUL | | 09-AUG-2012 10:41 AM |

| Docket Entry: | none. |
|---|---|

| 09-AUG-2012 10:41 AM | CASE MANAGEMENT ORDER ISSUED | | | 09-AUG-2012 10:41 AM |
|---|---|---|---|---|
| **Documents:** | CMOIS_25.pdf | | | |
| **Docket Entry:** | CASE MANAGEMENT ORDER STANDARD TRACK - AND NOW, 09-AUG-2012, it is Ordered that: 1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 01-JUL-2013. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 01-JUL-2013. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 05-AUG-2013. 5. All pre-trial motions shall be filed not later than 05-AUG-2013. 6. A settlement conference may be scheduled at any time after 05-AUG-2013. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 07-OCT-2013. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state in position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 04-NOV-2013, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all | | | | |

| | | | | |
|---|---|---|---|---|
| | unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: ALLAN TERESHKO, J. | | | |
| 09-AUG-2012 10:41 AM | NOTICE GIVEN UNDER RULE 236 | | | 21-AUG-2012 10:08 AM |
| **Docket Entry:** | NOTICE GIVEN ON 21-AUG-2012 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 09-AUG-2012. | | | |
| 09-AUG-2012 10:41 AM | LISTED FOR SETTLEMENT CONF | | | 09-AUG-2012 10:41 AM |
| **Docket Entry:** | *none.* | | | |
| 09-AUG-2012 10:41 AM | LISTED FOR PRE-TRIAL CONF | | | 09-AUG-2012 10:41 AM |
| **Docket Entry:** | *none.* | | | |
| 09-AUG-2012 10:41 AM | LISTED FOR TRIAL | | | 09-AUG-2012 10:41 AM |
| **Docket Entry:** | *none.* | | | |
| 10-AUG-2012 11:48 AM | ENTRY OF APPEARANCE FILED | JONES, MICHAEL D | | 10-AUG-2012 11:52 AM |
| **Documents:** | Mirarchi EOA for MDJ.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MICHAEL D JONES FILED. (FILED ON BEHALF OF TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL) | | | |
| 14-AUG-2012 03:32 PM | AFFIDAVIT OF SERVICE FILED | | | 14-AUG-2012 03:35 PM |
| **Documents:** | 61633.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON KAREN BLOUNT BY PERSONAL SERVICE ON 08/07/2012 FILED. | | | |

| 16-AUG-2012 03:09 PM | AFFIDAVIT OF SERVICE FILED | | | 16-AUG-2012 03:13 PM |
|---|---|---|---|---|
| **Documents:** | 61743.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON TENET HEALTH SYSTEM PHILADELPHIA, INC. C/O CT CORPORATION BY SHERIFF SERVICE DAUPHIN ON 08/07/2012 FILED. | | | |
| 23-AUG-2012 09:22 AM | AFFIDAVIT OF SERVICE FILED | | | 23-AUG-2012 09:28 AM |
| **Documents:** | 61632.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON BERNEDETTE MANGAN BY SHERIFF SERVICE MONTGOMERY ON 08/10/2012 FILED. | | | |
| 23-AUG-2012 09:23 AM | AFFIDAVIT OF SERVICE FILED | | | 23-AUG-2012 09:28 AM |
| **Documents:** | 61634.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON LISA COULTER BY SHERIFF SERVICE DELAWARE ON 08/11/2012 FILED. | | | |
| 30-AUG-2012 04:55 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 31-AUG-2012 08:46 AM |
| **Documents:** | Afdvt of Service.15 Maria Scenna.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON MARIA SCENNA BY PERSONAL SERVICE ON 08/25/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| 03-SEP-2012 04:26 PM | AFFIDAVIT OF SERVICE FILED | | | 04-SEP-2012 09:56 AM |
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON MARIA SCENNA BY PERSONAL SERVICE ON 08/25/2012 FILED. | | | |

| 07-SEP-2012 08:53 AM | COMPLAINT FILED NOTICE GIVEN | SMALLEY SR., BERNARD W | | 07-SEP-2012 08:58 AM |
|---|---|---|---|---|
| **Documents:** | Complaint.pdf<br>Complaint Exhibits.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| | | | | |
| 07-SEP-2012 09:19 AM | ENTRY OF APPEARANCE-CO COUNSEL | CRAWFORD ESQ, MICHON L | | 07-SEP-2012 09:20 AM |
| **Documents:** | EOA- MC.pdf<br>EOA- VAW.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MICHON L CRAWFORD AND VENYCKLES AMANDA WITTS AS CO-COUNSEL FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| | | | | |
| 20-SEP-2012 12:32 PM | ENTRY OF APPEARANCE-CO COUNSEL | TUCKER,JR. JR, JOE H | | 20-SEP-2012 12:35 PM |
| **Documents:** | EOA- JHT.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF JOE H. TUCKER,JR. AS CO-COUNSEL FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| | | | | |
| 20-SEP-2012 02:07 PM | ENTRY OF APPEARANCE-CO COUNSEL | ROSS III, RILEY H | | 20-SEP-2012 02:07 PM |
| **Documents:** | EOA- RR.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF AS CO-COUNSEL FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| | | | | |
| 25-SEP-2012 03:01 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 25-SEP-2012 03:02 PM |
| **Documents:** | Afdvt of Service.1 Anders.pdf<br>Afdvt of Service.2 Moulick.pdf<br>Afdvt of Service.3 Schwartz.pdf<br>Afdvt of Service.4 Baur.pdf<br>Afdvt of Service.5 Fee.pdf | | | |

| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MAUREEN FEE, MARSHALL SCHWARTZ, JOAN ANDERS, HEIDI BAUR AND ACHINTYA MOULICK BY PERSONAL SERVICE ON 09/19/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
|---|---|---|---|---|
| 25-SEP-2012 03:05 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 25-SEP-2012 03:11 PM |
| Documents: | Afdvt of Service.6 Perri.pdf | | | |
| | Docket Entry: | AFFIDAVIT OF SERVICE OF N/A UPON ALEXES PERRI BY PERSONAL SERVICE ON 09/21/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | |
| 25-SEP-2012 03:07 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 25-SEP-2012 03:12 PM |
| Documents: | Afdvt of Service.7 Scenna.pdf | | | |
| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MARIA SCENNA BY PERSONAL SERVICE ON 09/22/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | |
| 28-SEP-2012 10:45 AM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 28-SEP-2012 10:47 AM |
| Documents: | Afdvt of Service.9 Pelletier.pdf | | | |
| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON GLENN PELLETIER BY PERSONAL SERVICE ON 09/20/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | |
| 28-SEP-2012 10:51 AM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 28-SEP-2012 10:52 AM |
| Documents: | Afdvt of Service.8 Corporate Entities.pdf | | | |
| | Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL, TENET HEALTHCARE CORPORATION, TENET HEALTH SYSTEM PHILADELPHIA, INC. C/O CT CORPORATION, TENET HEALTH SYSTEM MEDICAL, INC. AND TENET HEALTH SYSTEM HOLDINGS, INC. BY PERSONAL SERVICE ON 09/27/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | |

| 29-SEP-2012 03:03 PM | AFFIDAVIT OF SERVICE FILED | | | 01-OCT-2012 09:23 AM |
|---|---|---|---|---|
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON GLENN PELLETIER BY PERSONAL SERVICE ON 09/20/2012 FILED. | | | |
| | | | | |
| 08-OCT-2012 04:19 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 09-OCT-2012 10:39 AM |
| **Documents:** | Afdvt of Service.11 Mangan.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON BERNEDETTE MANGAN BY PERSONAL SERVICE ON 09/28/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |
| | | | | |
| 08-OCT-2012 04:21 PM | AFFIDAVIT OF SERVICE FILED | SMALLEY SR., BERNARD W | | 09-OCT-2012 10:44 AM |
| **Documents:** | Afdvt of Service.10 Blount.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON KAREN BLOUNT BY ON 09/26/2012 FILED. (FILED ON BEHALF OF RAFAELLE MIRARCHI) | | | |