# EXHIBIT  A – 2

## Praecipe to Issue Writ of Summons
## Praecipe to Reinstate Writ of Summons
## Writ of Summons
## Affidavits of Service for Writ of Summons

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MARCH 2012**

E-Filing Number: 1203028927

**001825**

| | |
|---|---|
| PLAINTIFF'S NAME<br>RAFAELLE MIRARCHI | DEFENDANT'S NAME<br>BERNEDETTE MANGAN RN |
| PLAINTIFF'S ADDRESS<br>1333 WOLF STREET<br>PHILADELPHIA PA 19148 | DEFENDANT'S ADDRESS<br>3601 A. STREET<br>PHILADELPHIA PA 19134 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>GLENN PELLETIER MD |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>3601 A. STREET<br>PHILADELPHIA PA 19134 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>ALEXES PERRI RN |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>3601 A. STREET<br>PHILADELPHIA PA 19134 |

| TOTAL NUMBER OF PLAINTIFFS<br>1 | TOTAL NUMBER OF DEFENDANTS<br>17 | COMMENCEMENT OF ACTION |
|---|---|---|

COMMENCEMENT OF ACTION
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition Action
- ☐ Transfer From Other Jurisdictions
- ☐ Notice of Appeal

AMOUNT IN CONTROVERSY
- ☐ $50,000.00 or less
- ☒ More than $50,000.00

COURT PROGRAMS
- ☐ Arbitration
- ☒ Jury
- ☐ Non-Jury
- ☐ Other:
- ☐ Mass Tort
- ☐ Savings Action
- ☐ Petition
- ☐ Commerce
- ☐ Minor Court Appeal
- ☐ Statutory Appeals
- ☐ Settlement
- ☐ Minors
- ☐ W/D/Survival

CASE TYPE AND CODE

1W - WHISTLEBLOWER PROTECTION ACT

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED
PRO PROTHY**

MAR **16** 2012

**S. GARRETT**

IS CASE SUBJECT TO
COORDINATION ORDER?
YES          NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:  RAFAELLE MIRARCHI

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>BERNARD W. SMALLEY | ADDRESS<br>ONE PENN CENTER AT SUBURBAN ST<br>1617 JFK BLVD., SUITE 1700<br>PHILADELPHIA PA 19103 |
|---|---|
| PHONE NUMBER<br>(215)875-0609 | FAX NUMBER<br>(215)875-8143 | |
| SUPREME COURT IDENTIFICATION NO.<br>35658 | E-MAIL ADDRESS<br>bsmalley@tlgattorneys.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*BERNARD SMALLEY* | DATE SUBMITTED<br>Friday, March 16, 2012, 02:47 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. TENET HEALTHCARE CORPORATION
     1445 ROSS AVENUE SUITE 1400
     DALLAS TX 75202
2. TENET HEALTH SYSTEM HOLDINGS, INC.
     1445 ROSS AVENUE SUITE 1400
     DALLAS TX 75202
3. TENET HEALTH SYSTEM MEDICAL, INC.
     1445 ROSS AVENUE SUITE 1400
     DALLAS TX 75202
4. TENET HEALTH SYSTEM PHILADELPHIA, INC. C/O CT CORPORATION
     1515 MARKET STREET SUITE 1210
     PHILADELPHIA PA 19102
5. TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN LL
     3601 A. STREET
     PHILADELPHIA PA 19134
6. MAUREEN FEE
     3601 A. STREET
     PHILADELPHIA PA 19134
7. JOAN ANDERS
     3601 A. STREET
     PHILADELPHIA PA 19134
8. DANIEL SCHIDLOW
     3601 A. STREET
     PHILADELPHIA PA 19134
9. MARSHALL SCHWARTZ
     3601 A. STREET
     PHILADELPHIA PA 19134
10. HEIDI BAUR
     3601 A. STREET
     PHILADELPHIA PA 19134
11. MARIA SCENNA
     3601 A. STREET
     PHILADELPHIA PA 19134
12. ACHINTYA MOULICK
     3601 A. STREET
     PHILADELPHIA PA 19134
13. LISA COULTER
     3601 A. STREET
     PHILADELPHIA PA 19134
14. KAREN BLOUNT
     3601 A. STREET
     PHILADELPHIA PA 19134
15. ALEXES PERRI
     3601 A. STREET
     PHILADELPHIA PA 19134
16. GLENN PELLETIER
     3601 A. STREET
     PHILADELPHIA PA 19134
17. BERNEDETTE MANGAN
     3601 A. STREET
     PHILADELPHIA PA 19134

C.P.97

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

RALPHAELLE MIRARCHI
1333 WOLF STREET
PHILADELPHIA, PA 19148

COURT OF COMMON PLEAS

MARCH                    Term, 20___

No. _____

*vs.*

SEE ATTACHMENT

To⁽¹⁾

You are notified that the Plaintiff⁽²⁾
*Usted esta avisado que el demandante*⁽²⁾

  RALPH MIRARCHI

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



                                        JOSEPH H. EVERS
                                          *Prothonotary*



By _____

Date _____

⁽¹⁾ Name(s) of Defendant(s)
⁽²⁾ Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

COURT OF COMMON PLEAS

MARCH _____ Term, 20 12 No. _____

RALPHAELLE MIRARCHI
1331 WOLF STREET
PHILADELPHIA, PA 19148

vs.

SEE ATTACHMENT

SUMMONS

Case ID: 120301825

ATTACHMENT

**BERNEDETTE MANGAN, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**GLENN PELLETIER, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**ALEXES PERRI, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**KAREN BLOUNT, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**LISA COULTER, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**ACHINTYA MOULICK, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**MARIA SCENNA**
3601 A. STREET
PHILADELPHIA, PA 19134

**HEIDI BAUR, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**MARSHALL SCHWARTZ, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**DANIEL SCHIDLOW, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**JOAN ANDERS, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**MAUREEN FEE, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**TENET HEALTH SYSTEM**
**ST. CHRISTOPHER'S HOSPITAL FOR**
**CHILDREN, LLC.**
3601 A. STREET
PHILADELPHIA, PA 19134-1095

**TENENT HEALTH SYSTEM**
**PHILADELPHIA, INC.**
**c/o CT CORPORATION**
1515 MARKET STREET, SUITE 1210
PHILADELPHIA, PA 19102-1932

**TENET HEALTH SYSTEM**
**MEDICAL, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

**TENET HEALTH SYSTEM**
**HOLDINGS, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

**TENET HEALTHCARE**
**CORPORATION**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

TUCKER LAW GROUP, LLC                    ATTORNEYS FOR PLAINTIFF(S)
BY: BERNARD W. SMALLEY, ESQUIRE
ATTORNEY ID#: 35658
BY: JOE H. TUCKER, ESQUIRE
ATTORNEY ID#: 56617
BY MICHON CRAWFORD, ESQUIRE
ATTORNEY ID#: 78532
BY: RILEY H. ROSS, ESQUIRE
ATTORNEY ID#: 204676
ONE PENN CENTER AT SUBURBAN STATION
1617 JOHN F. KENNEDY BLVD, SUITE 1700
PHILADELPHIA, PA  19103
(215) 875-0609
(215) 875-8143 fax
bsmalley@tlgattorneys.com
jtucker@tlgattorneys.com
mcrowford@tlgattorneys.com
rross@tlgattorneys.com

---

**RAFAELLE MIRARCHI**                     PHILADELPHIA COUNTY
1333 WOLF STREET                          COURT OF COMMON PLEAS
PHILADELPHIA, PA 19148          :         MARCH TERM, 2012
                                :         NO.:
                                :
            v.                  :
                                :
**BERNEDETTE MANGAN, RN**       :
3601 A. STREET                  :
PHILADELPHIA, PA 19134          :
                          and   :
**GLENN PELLETIER, MD**         :
3601 A. STREET                  :
PHILADELPHIA, PA 19134          :
                          and   :
**ALEXES PERRI, RN**            :
3601 A. STREET                  :
PHILADELPHIA, PA 19134          :
                          and   :
**KAREN BLOUNT, RN**            :
3601 A. STREET                  :
PHILADELPHIA, PA 19134          :
                          and   :
**LISA COULTER, RN**            :
3601 A. STREET                  :
PHILADELPHIA, PA 19134          :
                          and   :

**ACHINTYA MOULICK, MD**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**MARIA SCENNA**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**HEIDI BAUR, RN**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**MARSHALL SCHWARTZ, MD**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**DANIEL SCHIDLOW, MD**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**JOAN ANDERS, RN**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**MAUREEN FEE, MD**
3601 A. STREET
PHILADELPHIA, PA 19134
                and

**TENET HEALTH SYSTEM**
**ST. CHRISTOPHER'S HOSPITAL FOR**
**CHILDREN, LLC.**
3601 A. STREET
PHILADELPHIA, PA 19134-1095
                and

**TENET HEALTH SYSTEM**
**PHILADELPHIA, INC.**
**c/o CT CORPORATION**
1515 MARKET STREET, SUITE 1210
PHILADELPHIA, PA 19102-1932
                and

**TENET HEALTH SYSTEM**
**MEDICAL, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202
                and

**TENET HEALTH SYSTEM**

**HOLDINGS, INC.** :
1445 ROSS AVENUE, SUTIE 1400 :
DALLAS, TX 75202 :
                  and :
**TENET HEALTHCARE** :
**CORPORATION** :
1445 ROSS AVENUE, SUTIE 1400 :
DALLAS, TX 75202 :
                                                        :

<u>**CIVIL ACTION**</u>
<u>**PRAECIPE TO ISSUE WRIT OF SUMMONS**</u>

To The Prothonotary:

    Kindly issue a Writ of Summons-Civil Action in the above-captioned matter.

                                     **TUCKER LAW GROUP, LLC.**

                          BY: _____
                               **BERNARD W. SMALLEY, ESQUIRE**
                               **Attorney for Plaintiff**

**Dated:** <u>**March 16, 2012**</u>

## Affidavit / Return of Service

| | | |
|---|---|---|
| **Plaintiff:** | RAFAELLE MIRARCHI | **Court Term & No.:** 120301825 |
| | | E-File# 1204027693 |
| **Defendant:** | JOAN ANDERS<br>HEIDI BAUR<br>MAUREEN FEE<br>ACHINTYA MOULICK<br>MARSHALL SCHWARTZ | **Document Served:**<br>Plaintiff's Writ of Summons |
| **Serve at:** | 3601 A STREET | **Company Reference/Control No.:**<br>57710,57712,57716,57717,57720 |

Served and Made Known to ACHINTYA MOULICK, HEIDI BAUR, JOAN ANDERS, MARSHALL SCHWARTZ... on 04/13/2012 at 01:15 PM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: JOAN ANDERS, RN

| | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| **Description** | 45 | | 140 lbs. | Caucasian | Female |
| | **Other:** | | | | |

| **Company Profile:** | **Name of Server:** WILLIAM ALEXANDER |
|---|---|
| DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215) 977-9393 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

FILED AND ATTESTED PRO-PROTHY 17 APR 2012 08:19 PM

\\zdrafsrv 12/8/11

Bernard W. Smalley, Esquire (Bar# 33630)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

## Commonwealth of PA
## In the Court of Common Pleas
## Philadelphia County

Rafaelle Mirarchi

v.

Bernadette Mangan, RN, et al

Case No.: 12-05-1828

AFFIDAVIT OF NON-SERVICE



Commonwealth of Pennsylvania
County of Philadelphia

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **06/15/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Karen Blount, RN, 3401 A Street , Philadelphia, PA 19134**. I therefore return this Summons without service upon **Karen Blount, RN**. Diligent attempts were made per the following notations:

**Karen Blount is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _____ day of _____, 20___

_____

Notarial Seal
Kenneth A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires November 27, 20013

X_____
**William Alexander**
Dennis Business Services for the Professional, Inc.
1800 JFK Boulevard, Suite 1700
Philadelphia, PA 19102
215-557-9331

Bernard W. Smalley, Esquire (Bar# 32058)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

**Commonwealth of PA
In the Court of Common Pleas
Philadelphia County**

**Rafaelle Miracola**

v.

Case No.: 1240-1825

**Bernadette Mangan, RN, et al**

**AFFIDAVIT OF NON SERVICE**



Commonwealth of Pennsylvania
Count of Philadelphia    ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to the action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **10/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Lisa Coulter, RN, 3600 A Street, Philadelphia, PA 19134**. I therefore return this Summons without service upon **Lisa Coulter, RN**. Diligent attempts were made per the following notations:

**Lisa Coulter is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
the ____ day of _____ 20___

_____

Notarial Seal
Regina A. Sichman, Notary Public
Falls Twp., Bucks County
My Commission Expires December 22, 2013

_____
**William Alexander**
Deme Central Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1700
Philadelphia, PA 19102
215-568-2000

*977212*

Edmund W. Smidley, Esquire (Bar# 256581)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Rafaele Mirarchi**

v.

**Bernadette Mangan, RN, et al**                          Case No.: 12-03-1825

**AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia      ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in the litigation.

I hereby certify and return that on **06/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Bernadette Mangan, M.D.**, 3901 A Street , Philadelphia, PA 19134. I therefore return this Summons without service upon **Bernadette Mangan, M.D.** Diligent attempts were made per the following notations:

**Bernadette Mangan is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsifications to authorities.

x _____
Signed and sworn to before me on
this ___ day of _____, 20__.

**William Alexander**
Seven Pointe Services by 1st Preference, Inc.
5000 E. Arapahoe Rd., Suite 240
Englewood, CO 10106
(877) 588-___

Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2014


*527252*

Bernard W. Smalley, Esquire (Bar# 33688)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19103
(215) 875-0609

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

Rabelle Mirarchi

v.                                                    Case No.: 12-03-1825

Bernadette Mangat, RN, et al                         **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on 04/13/2012 at 4:15 PM, I completed due and diligent attempts to serve **Glenn Pelletier, M.D., 3601 A Street, Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Glenn Pelletier, M.D.** Diligent attempts were made per the following notations:

**Glenn Pelletier is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me
this _____ day of _____, 20____

X _____
William Alexander
Harris Elkman Services for the Professional, Inc.
1601 JFK Boulevard, Suite 1700
Philadelphia, PA 19103

Notarial Seal
Regina A. Kaufman, Notary Public
Falls Twp., Bucks County
My Commission Expires December 12, 2004

*57754*

Bernard W. Smalley, Esquire (Bar# 33038)
Tucker Law Group, LLC
Ten Penn Center, Suite 1700
Philadelphia, PA 19106
(215) 875-0609

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Rafaela Mirarchi**

v.

**Benedetto Mangan, RN, et al**

Case No.: 12-03-1825

**AFFIDAVIT OF NON SERVICE**



Commonwealth of Pennsylvania
Count of Philadelphia    ss.

I, William Alexander, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on 04/11/2012 at 1:15 PM, I completed due and diligent attempts to serve **Alexis Perri, RN, 2041 A Street, Philadelphia, PA 19134.** I therefore return this **Summons** without service upon **Alexis Perri, RN**. Diligent attempts were made per the following notations:

**Alexis Perri is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.



Signed and sworn to before me on
this _____ day of _____, 20___.

X _____
**William Alexander**
U.S. Legal Support, Inc. for Perham et al., Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215-875-0609

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires December 12, 2013

*57725*

Bernard W. Smalley, Esquire (Bar# 35618)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

Commonwealth of PA
In the Court of Common Pleas
Philadelphia County

Rafaelle Miranda

v.

Case No.: 12-03-1825

Bernadette Mangan, RN, et al

AFFIDAVIT OF NON-SERVICE



Commonwealth of Pennsylvania
County of Philadelphia       ss.

I, **William Alexander**, being duly sworn according to law, upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012 at 1:15 PM**, I completed due and diligent attempts to serve **Maria Serena, 3601 A Street, Philadelphia, PA 19134**. I therefore return this Summons without service upon **Maria Serena**. Diligent attempts were made per the following notations:

**Maria Serena is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

X _____
Signed and sworn to before me on                    **William Alexander**
this _____ day of _____, 20___        Dove's Process Services for the Philadelphia, Inc.
                                                 1617 JFK Boulevard, Suite 1700
X _____                Philadelphia, PA 19106

Notarial Seal
Regina A. Buchman, Notary Public
Falls Twp., Bucks County
My Commission Expires December 12, 2013

||||||||||||||||||||||||||||||||||
*57718*

Bernard W. Smalley, Esquire (Bar#: 29688)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County

Rafaelle Mirarchi

v.

Bernedette Mangan, RN, et al.

Case No.: 12-03-1825

**AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia      ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Daniel Schillow, M.D., 2601 A Street, Philadelphia, PA 19134**, I therefore return this Summons without service upon **Daniel Schillow, M.D.**. Diligent attempts were made per the following notation:

**David SChillow is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This information is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsifications to authorities.



Signed and sworn to before me on
this _____ day of _____ 20___

_____

Notary Seal
Regina A. Redman, Notary Public
Falls Twp., Bucks County
My Commission expires December 12, 2013

**William Alexander**
Direct Business Service for the Professional, Inc.
1601 JFK Blvd., Suite 1700
Philadelphia, PA 1002

*89718*

Bernard W. Smalley, Esquire (Bar# 53658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

Rafaela Micucci

v.                                                    Case No.: 12-03-1825

Bernadette Mangan, RN, et al                    **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia          ss

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in the litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Tenet Health System St. Christopher's Hospital For Children, LLC, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Tenet Health System St. Christopher's Hospital For Children, LLC**. Diligent attempts were made per the following notations:

**Risk Management cannot accept for Tenet.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA.C.S. §4904 relating to unsworn falsification to authorities.



Signed and sworn to before me on                    **William Alexander**
this _____ day of _____, 20___          Denver Rickard Services, Inc t/a Professional, Inc
                                                    130 JFK Boulevard, Suite 106
                                                    Philadelphia, PA 19102
_____                      *****
Notarial Seal
Regina S. Rackman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 15, 2013           *57788*



Bernard W. Smalley, Esquire (Bar# 23569)
Trusser Law Group, LLC
1617 JFK Blvd, Suite 1700
Philadelphia, PA 19106
(215) 575-0600

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Ralarlie Mirachi**

v.

**Bernadette Mangan, RN, et al**                        Case No.: 12-03-1825

                                                        **AFFIDAVIT OF SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia

**I, William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On 04/18/2012 at 1:15 PM, I served the within **Summons** on **Joan Anders, RN**, Defendant. Said service was effected at **3001 A Street , Philadelphia, PA 19134** in the following manner:

By delivering thereat a true copy to **Joan Anders, RN** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Weight: **140**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

X _____
Signed and sworn to before me on          **William Alexander**
this _____ day of _____, 20__      Dustin Ristman Services for the Professional, Inc.
                                           3015 JFK Boulevard, Suite 1106
                                           Philadelphia, PA 19102
                                           215-977-9944

_____
Notarial Seal
Ramona A. Rashman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013



Bernard W. Smalley, Esquire (Bar# 33683)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0000

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

Rafaelle Mirarchi

v.                                                          Case No. 12-03-1825

Bernadette Mangus, RN, et al                                AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania
County of Philadelphia

**I, William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to the action, am over 18 years of age and have no direct personal interest in this litigation.

On **04/13/2012** at **1:15 PM**, I served the within **Summons** on **Heidi Baur, RN**, Defendant. Said service was effected at **3641 A Street**, Philadelphia, PA **19134** in the following manner:

By delivering thereat a true copy to **Jean Andrz, RN, Person in Charge**, an agent or person in charge of the office or usual place of business of **Heidi Baur, RN** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Weight: **140**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

_____
**William Alexander**
Penn Record Services for the Professional, Inc.
330 JFK Boulevard, Suite 1700
Harrisburg, PA 17102

Sworn and sworn to before me on
this ____ day of _____, 20__

_____

Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013

*57717*

Bernard W. Smalley, Esquire (Bar# 25630)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19104
(215) 875-0609

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Rafaelle Micatrci**

v.                                                              Case No.: 12-03-1525

**Bernadette Mangan, RN, et al**                    **AFFIDAVIT OF SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia    ss:

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **04/13/2012** at **1:15 PM**, I served the within Summons on **Maureen Fee, M.D.**, Defendant. Said service was effected at **3601 A Street, Philadelphia, PA 19134** in the following manner.

By delivering thereof a true copy to **Joan Anders, RN, Person in Charge**, an apparent person in charge of the office or usual place of business of **Maureen Fee, M.D.** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Weight: **140**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

_William Alexander_ (signature)

Sworn and sworn to before me on                         X **William Alexander**
this _____ day of _____, 20___.              United Process Service, Inc. for Pennsylvania, Inc.
                                                                        1515 JFK Boulevard, Suite 1700
                                                                        Philadelphia, PA 19102
_____                1(800)417-0005

Notarial Seal
Regina A. Bachman, Notary Public
Forks Twp., Bucks County
My Commission Expires December 12, 2013

*57710*

Bernard W. Smalley, Esquire (Bar#15636)
Trujillo Law Group, LLC
1617 JFK Blvd., Suite 1200
Philadelphia, PA 19106
(215) 875-0900

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Rafaelle Miraveti**

v.

Case No.: 12-03-1825

**Bernedette Mangan, RN, et al**

AFFIDAVIT OF SERVICE



Commonwealth of Pennsylvania
County of Philadelphia    ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **04/18/2012** at **1:15 PM**, I served the within **Summons** on **Achintya Moulick, M.D.**, Defendant. Said service was effected at **2601 A Street , Philadelphia, PA 19134** in the following manner:

By delivering thereat a true copy to **Joan Anders, RN, Person in Charge**, an agent or person in charge of the office or usual place of business of **Achintya Moulick, M.D.**, and informing him/her of its contents.

Description of person process was left with:

**Sex: Female - Skin: Caucasian - Hair: Brown - Age: 48 - Weight: 140**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 Pa.C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _____ day of _____, 20____

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 17, 2013

_____
William Alexander
Brandt Mineral Service for the Professional, Inc.
1525 JFK Blvd, Suite 1145
Philadelphia, PA 19102
(215) 627-5454

*57728*

Bernard W. Smalley, Esquire (Bar# 39594)
Locker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia PA 19103
(215) 673-0549

**Commonwealth of PA**
**In the Court of Common Pleas**
**Philadelphia County**

**Rafaelle Micaroni**

v.                                                   Case No.: 12-03-4823

**Bernadette Mangan, RN, et al**                     **AFFIDAVIT OF SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia           ss.

**I, William Alexander**, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **04/18/2012** at **1:18 PM**, I served the within Summons on **Marshall Schwartz, M.D.**, Defendant. Said service was effected at **3601 A Street, Philadelphia, PA 19134** in the following manner:

By delivering thereat a true copy to **Joan Anders, RN, Person in Charge**, an agent or person in charge of the office or usual place of business of **Marshall Schwartz, M.D.** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** : Skin: **Caucasian** : Hair: **Brown** : Age: **22** : Weight: **140**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

_____
William Alexander

Sworn and sworn to before me on
this _____ day of _____, 20___

_____               **William Alexander**
                                         Server Richlieu Services for the Professional, Inc.
Notarial Seal                            1617 JFK Boulevard, Suite 1700
Regina A. Richman, Notary Public         Philadelphia, PA 19112
Falls Twp., Bucks County                 (215) 673-0549
My Commission Expires: December 12, 2013

*57718*

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County

**Rafaelle Mirarchi**

V.                                           Case No.: **12-03-1825**

**Bernedette Mangan, RN, et al**             **AFFIDAVIT OF NON-SERVICE**

_____/



Commonwealth of Pennsylvania
County of Philadelphia        ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Karen Blount, RN, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Karen Blount, RN**. Diligent attempts were made per the following notations:

**Karen Blount is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _16_ day of _April_ , 20_12_ .

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57722\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



**Commonwealth of PA
In the Court of Common Pleas
Philadelphia County**

**Rafaelle Mirarchi**

    V.

**Case No.: 12-03-1825**

**Bernedette Mangan, RN, et al**

**AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia    ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Lisa Coulter, RN, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Lisa Coulter, RN**. Diligent attempts were made per the following notations:

**Lisa Coulter is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _____ day of _____, 20__.

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57721\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County

**Rafaelle Mirarchi**

    V.

    **Case No.: 12-03-1825**

**Bernedette Mangan, RN, et al**

    **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia    ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Bernedette Mangan, M.D., 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Bernedette Mangan, M.D.**. Diligent attempts were made per the following notations:

**Bernedette Mangan is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _16_ day of _April_ , 20_12_.

Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57725\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



## Commonwealth of PA
## In the Court of Common Pleas
## Philadelphia County

**Rafaelle Mirarchi**

    V.                                                       **Case No.: 12-03-1825**

**Bernedette Mangan, RN, et al**                          **AFFIDAVIT OF NON-SERVICE**

_____/



Commonwealth of Pennsylvania
County of Philadelphia    ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Glenn Pelletier, M.D., 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Glenn Pelletier, M.D.**. Diligent attempts were made per the following notations:

**Glenn Pelletier is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _16_ day of _April_, 20_12_.

Notarial Seal)
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57724\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County

**Rafaelle Mirarchi**

V.                                        **Case No.: 12-03-1825**

**Bernedette Mangan, RN, et al**

                                          **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia          ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Alexes Perri, RN, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Alexes Perri, RN**. Diligent attempts were made per the following notations:

**Alexes Perri is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this ___ day of _____, 20__.

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57723\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



## Commonwealth of PA
## In the Court of Common Pleas
## Philadelphia County

**Rafaelle Mirarchi**

   V.                                                          Case No.: 12-03-1825

**Bernedette Mangan, RN, et al**                       **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia          ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Maria Scenna, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Maria Scenna**. Diligent attempts were made per the following notations:

**Maria Scenna is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this ___ day of _____, 20__.

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

*57718*

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County

**Rafaelle Mirarchi**

V.                                                    Case No.: 12-03-1825

**Bernedette Mangan, RN, et al**
_____/    **AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia       ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Daniel Schidlow, M.D., 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Daniel Schidlow, M.D.**. Diligent attempts were made per the following notations:

**David SChidlow is not at this hospital.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this ___16___ day of ___April___, 20_12_.

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

X _____
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57713\***

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609



## Commonwealth of PA
## In the Court of Common Pleas
## Philadelphia County

Rafaelle Mirarchi

    V.

Bernedette Mangan, RN, et al

Case No.: 12-03-1825

**AFFIDAVIT OF NON-SERVICE**



Commonwealth of Pennsylvania
County of Philadelphia          ss.

I, **William Alexander**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **04/13/2012** at **1:15 PM**, I completed due and diligent attempts to serve **Tenet Health System St. Christopher's Hospital For Children, LLC, 3601 A Street , Philadelphia, PA 19134**. I therefore return this **Summons** without service upon **Tenet Health System St. Christopher's Hospital For Children, LLC**. Diligent attempts were made per the following notations:

**Risk Management cannot accept for Tenet.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _16_ day of _April_ , 20_12_ .

Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

x _William Alexander_
**William Alexander**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**\*57789\***

Case ID: 120301825

TUCKER LAW GROUP, LLC
BY: BERNARD W. SMALLEY, ESQUIRE
ATTORNEY ID#: 35658
BY: JOE H. TUCKER, ESQUIRE
ATTORNEY ID#: 56617
BY MICHON CRAWFORD, ESQUIRE
ATTORNEY ID#: 78532
BY: RILEY H. ROSS, ESQUIRE
ATTORNEY ID#: 204676
BY: V. AMANDA WITTS, ESQUIRE
ATTORNEY ID#: 302902
ONE PENN CENTER AT SUBURBAN STATION
1617 JOHN F. KENNEDY BLVD, SUITE 1700
PHILADELPHIA, PA  19103
(215) 875-0609
(215) 875-8143 fax
bsmalley@tlgattorneys.com
jtucker@tlgattorneys.com
mcrowford@tlgattorneys.com
rross@tlgattorneys.com
awitts@tlgattorneys.com

ATTORNEYS FOR PLAINTIFF

Filed and attested by PROTHONOTARY 17 JUL 2012 04:07 pm A. FOURTIN

| | |
|---|---|
| RAFAELLE MIRARCHI<br>1333 WOLF STREET<br>PHILADELPHIA, PA 19148 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>MARCH TERM, 2012<br>NO.: 1825 |
| v. | |
| BERNADETTE MANGAN, RN<br>161 INVERNESS DRIVE, 242<br>BLUE BELL, PA 19422<br>and | |
| GLENN PELLETIER, MD<br>1600 ROCKLAND AVE.<br>WILMINGTON, DE 19803<br>and | |
| ALEXIS PERRI, RN<br>34th ST. AND CIVIC CENTER BLVD.<br>PHILADELPHIA, PA 19104<br>and | |
| KAREN BLOUNT, RN<br>257 W. GENESEE ST.<br>BUFFALO, NY 14202<br>and | |

**LISA COULTER, RN**                          :
1302 N. LONG ACRE BLVD.                       :
LANSDOWNE, PA 19050                           :
           and                :

**ACHINTYA MOULICK, MD**                      :
3601 A. STREET                                :
PHILADELPHIA, PA 19134                        :
           and                :

**MARIA SCENNA**                              :
9 OAK RIDGE LANE                              :
SEWELL, NJ 08080                              :
           and                :

**HEIDI BAUR, RN**                            :
3601 A. STREET                                :
PHILADELPHIA, PA 19134                        :
           and                :

**MARSHALL SCHWARTZ, MD**                     :
3601 A. STREET                                :
PHILADELPHIA, PA 19134                        :
           and                :

**DANIEL SCHIDLOW, MD**                       :
NEW COLLEGE BLDG, 19TH FL.               :
245 N. 15TH ST., MS 400                  :
PHILADELPHIA, PA 19102                        :
           and                :

**JOAN ANDERS, RN**                           :
3601 A. STREET                                :
PHILADELPHIA, PA 19134                        :
           and                :

**MAUREEN FEE, MD**                           :
3601 A. STREET                                :
PHILADELPHIA, PA 19134                        :
           and                :

**TENET HEALTHSYSTEM**                        :
**ST. CHRISTOPHER'S HOSPITAL FOR** :
**CHILDREN, LLC.**                            :
ERIE AVENUE & FRONT STREET                    :
PHILADELPHIA, PA 19134                        :
           and                :

**TENET HEALTHSYSTEM**                        :
**PHILADELPHIA, INC.**                        :
**c/o CT CORPORATION**                        :
1515 MARKET STREET, SUITE 1210                :
PHILADELPHIA, PA 19102-1932                   :
           and                :

2

Case ID: 120301825

**TENET HEALTHSYSTEM**
**MEDICAL, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

                and

**TENET HEALTHSYSTEM**
**HOLDINGS, INC.**
3820 STATE ST.
SANTA BARBARA, CA 93105

                and

**TENET HEALTHCARE**
**CORPORATION**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

: : : : : : : : : : : : : : : :

## PRAECIPE TO REINSTATE PLAINTIFF'S
## WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly reinstate the Plaintiff's Writ of Summons in the above-captioned matter for

an additional thirty (30) days.

                                  **TUCKER LAW GROUP, LLC.**

                              BY: _____
                                 **BERNARD W. SMALLEY, ESQUIRE**
                                 **Attorney for Plaintiff**

**Dated: July 17, 2012**

3

Case ID: 120301825

CP-37

# Commonwealth of Pennsylvania

### CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

RALPHAELLE MIRARCHI
1333 WOLF STREET
PHILADELPHIA, PA 19148

COURT OF COMMON PLEAS

MARCH                                      Term 20____

No. _____

*vs.*

SEE ATTACHMENT

To[1]

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

RALPH MIRARCHI

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*



By _____

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 120301825

COURT OF COMMON PLEAS

MARCH _____ Term, 20 __12__ No. _____/_____

RALPHAELLE MIRARCHI
1333 WOLF STREET
PHILADELPHIA, PA 19148

vs.

SEE ATTACHMENT

SUMMONS

ATTACHMENT

**BERNEDETTE MANGAN, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**GLENN PELLETIER, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**ALEXES PERRI, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**KAREN BLOUNT, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**LISA COULTER, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**ACHINTYA MOULICK, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**MARIA SCENNA**
3601 A. STREET
PHILADELPHIA, PA 19134

**HEIDI BAUR, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**MARSHALL SCHWARTZ, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**DANIEL SCHIDLOW, MD**
3601 A. STREET
PHILADELPHIA, PA 19134

**JOAN ANDERS, RN**
3601 A. STREET
PHILADELPHIA, PA 19134

**MAUREEN FEE, MD**
3601 A, STREET
PHILADELPHIA, PA 19134

**TENET HEALTH SYSTEM**
**ST. CHRISTOPHER'S HOSPITAL FOR**
**CHILDREN, LLC.**
3601 A. STREET
PHILADELPHIA, PA 19134-1095

**TENENT HEALTH SYSTEM**
**PHILADELPHIA, INC.**
**c/o CT CORPORATION**
1515 MARKET STREET, SUITE 1210
PHILADELPHIA, PA 19102-1932

**TENET HEALTH SYSTEM**
**MEDICAL, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

**TENET HEALTH SYSTEM**
**HOLDINGS, INC.**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

**TENET HEALTHCARE**
**CORPORATION**
1445 ROSS AVENUE, SUTIE 1400
DALLAS, TX 75202

TUCKER LAW GROUP, LLC          ATTORNEYS FOR PLAINTIFF(S)
BY: BERNARD W. SMALLEY, ESQUIRE
ATTORNEY ID#: 35658
BY: JOE H. TUCKER, ESQUIRE
ATTORNEY ID#: 56617
BY MICHON CRAWFORD, ESQUIRE
ATTORNEY ID#: 78532
BY: RILEY H. ROSS, ESQUIRE
ATTORNEY ID#: 204676
ONE PENN CENTER AT SUBURBAN STATION
1617 JOHN F. KENNEDY BLVD, SUITE 1700
PHILADELPHIA, PA 19103
(215) 875-0609
(215) 875-8143 fax
bsmalley@tlgattorneys.com
jtucker@tlgattorneys.com
mcrowford@tlgattorneys.com
rross@tlgattorneys.com

---

**RAFAELLE MIRARCHI**          :   PHILADELPHIA COUNTY
1333 WOLF STREET            :   COURT OF COMMON PLEAS
PHILADELPHIA, PA 19148      :   MARCH TERM, 2012
                          :   NO.:
          v.         :
                          :

**BERNEDETTE MANGAN, RN**   :
3601 A. STREET
PHILADELPHIA, PA 19134
                   and   :

**GLENN PELLETIER, MD**     :
3601 A. STREET
PHILADELPHIA, PA 19134
                   and   :

**ALEXES PERRI, RN**         :
3601 A. STREET
PHILADELPHIA, PA 19134
                   and   :

**KAREN BLOUNT, RN**       :
3601 A. STREET
PHILADELPHIA, PA 19134
                   and   :

**LISA COULTER, RN**        :
3601 A. STREET
PHILADELPHIA, PA 19134
                   and   :

**ACHINTYA MOULICK, MD**          :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**MARIA SCENNA**                  :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**HEIDI BAUR, RN**                :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**MARSHALL SCHWARTZ, MD**         :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**DANIEL SCHIDLOW, MD**           :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**JOAN ANDERS, RN**               :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**MAUREEN FEE, MD**               :
3601 A. STREET                    :
PHILADELPHIA, PA 19134            :
                          and     :
**TENET HEALTH SYSTEM**           :
**ST. CHRISTOPHER'S HOSPITAL FOR** :
**CHILDREN, LLC.**                :
3601 A. STREET                    :
PHILADELPHIA, PA 19134-1095       :
                          and     :
**TENET HEALTH SYSTEM**           :
**PHILADELPHIA, INC.**            :
**c/o CT CORPORATION**            :
1515 MARKET STREET, SUITE 1210    :
PHILADELPHIA, PA 19102-1932       :
                          and     :
**TENET HEALTH SYSTEM**           :
**MEDICAL, INC.**                 :
1445 ROSS AVENUE, SUTIE 1400      :
DALLAS, TX 75202                  :
                          and     :
**TENET HEALTH SYSTEM**           :

**HOLDINGS, INC.**
1445 ROSS AVENUE, SUTIE 1400          :
DALLAS, TX 75202                      :
                            and       :
**TENET HEALTHCARE**                  :
**CORPORATION**                       :
1445 ROSS AVENUE, SUTIE 1400          :
DALLAS, TX 75202                      :
                                      :
_____:

## CIVIL ACTION
## PRAECIPE TO ISSUE WRIT OF SUMMONS

To The Prothonotary:

Kindly issue a Writ of Summons-Civil Action in the above-captioned matter.


                                    **TUCKER LAW GROUP, LLC.**


                            BY: _____
                                **BERNARD W. SMALLEY, ESQUIRE**
                                **Attorney for Plaintiff**


**Dated: March 16, 2012**

# Affidavit / Return of Service

| | | |
|---|---|---|
| **Plaintiff:** | RAFAELLE MIRARCHI | **Court Term & No.:** 120301825<br><br><br>E-File# 1207044848 |
| **Defendant:** | ALEXES PERRI | **Document Served:**<br>Plaintiff's Writ of Summons |
| **Serve at:** | 34TH & CIVIC CENTER BLVD. | **Company Reference/Control No.:**<br>61309 |

Served and Made Known to ALEXES PERRI on 07/25/2012 at 01:25 PM, in the manner described below:

Party(s) personally served. NAME: _____

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | 50 | 5' 4" | 135 lbs. | Caucasian | Female |
| | Other: | | | | |

| Company Profile: | Name of Server: GEORGE PHILLIPS |
|---|---|
| DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215) 977-9393 | Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
| | **Deputy Sheriff:** |

FILED AND ATTESTED PRO-PROTHY 29 JUL 2012 08:36 AM

\\zdrafsrv 12/8/11

# AFFIDAVIT OF DUE DILIGENCE

Commonwealth of Pennsylvania     County of Philadelphia     **Common Pleas Court**

Case Number: 12-03-1825



Plaintiff:
**Rafaelle Mirarchi**

vs.

Defendant:
**Berndette Mangan, RN, et al.,**

Received by DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC. on the 17th day of April, 2012 at 11:02 am to be served on **Tenet Health System Holdings, Inc. by delivering to its Registered Agent, C.T. Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201.**

I, Brandon Sachse, being duly sworn, depose and say that on the **18th day of April, 2012 at 2:40 pm, I:**

**NON-SERVED the Summons with Civil Cover Sheet and Civil Action Praecipe to Issue Writ of Summons.** After due search, careful inquiry and diligent attempts was unable to serve on **Tenet Health System Holdings, Inc. by delivering to its Registered Agent, C.T. Corporation System** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
4/18/2012 2:40 pm  I attempted service at C.T. Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201 and was told that C.T. Corp is no longer this company's registered agent. Marie Garcia checked the Texas Secretary of State records and found that process should be forwarded to 3820 State Street, Santa Barbara, CA 93105 to serve this entity.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemenor involing moral terpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements in this affidavit are true and correct."

Subscribed and sworn to before me on the 18th day of April, 2012 by the affiant who is personally known to me.

_____
Notary Public

**Brandon Sachse**
SCH-1082 Exp: 1/31/14

**DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.**
**1500 JFK Boulevard, Suite 1706**
**Philadelphia, PA 19102**
**(215) 977-9393**

Our Job Serial Number: LAW-2012001134
Ref: 57732
Service Fee: _____

*JASON MARCUS COHEN*
*Notary Public, State of Texas*
*My Commission Expires*
*April 23, 2014*

Case ID: 120301825

## AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania     County of Philadelphia     **Common Pleas Court**

Case Number: 12-03-1825



Plaintiff:
**Rafaelle Mirarchi**

vs.

Defendant:
**Berndette Mangan, RN, et al.,**

Received by DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC. on the 17th day of April, 2012 at 11:02 am to be served on **Tenet Health System Medical, Inc. by delivering to its Registered Agent, C.T. Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201.**

I, Brandon Sachse, being duly sworn, depose and say that on the **18th day of April, 2012 at 2:40 pm, I:**

executed service upon a **REGISTERED AGENT** by delivering a true copy of the **Summons with Civil Cover Sheet and Civil Action Praecipe to Issue Writ of Summons** with the date of service endorsed thereon by me, to: **C.T. Corporation System, by delivering to Marie Garcia as Registered Agent at the address of: 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201** on behalf of **Tenet Health System Medical, Inc.,** and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemenor involving moral terpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements in this affidavit are true and correct."

Subscribed and sworn to before me on the 18th day of
April, 2012 by the affiant who is personally known to
me.

_____
Notary Public

> JASON MARCUS COHEN
> Notary Public, State of Texas
> My Commission Expires
> April 23, 2014

_____
**Brandon Sachse**
SCH-1082 Exp: 1/31/14

**DENNIS RICHMAN SERVICES FOR THE
PROFESSIONAL, INC.**
**1500 JFK Boulevard, Suite 1706**
**Philadelphia, PA 19102**
**(215) 977-9393**

Our Job Serial Number: LAW-2012001135
Ref: 57733
Service Fee: _____

Case ID: 120301825

## AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania          County of Philadelphia          **Common Pleas Court**

Case Number: 12-03-1825



Plaintiff:
**Rafaelle Mirarchi**

vs.

Defendant:
**Berndette Mangan, RN, et al.,**

Received by DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC. on the 17th day of April, 2012 at 11:02 am to be served on **Tenet Healthcare Corporation by delivering to its Registered Agent, C.T. Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201**.

I, Brandon Sachse, being duly sworn, depose and say that on the **18th day of April, 2012 at 2:40 pm, I**:

executed service upon a **REGISTERED AGENT** by delivering a true copy of the **Summons with Civil Cover Sheet and Civil Action Praecipe to Issue Writ of Summons** with the date of service endorsed thereon by me, to: **C.T. Corporation System, by delivering to Marie Garcia as Registered Agent** at the address of: **350 N. St. Paul Street, Suite 2900, Dallas, TX 75201** on behalf of **Tenet Healthcare Corporation**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemenor involing moral terpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements in this affidavit are true and correct."

Subscribed and sworn to before me on the 18th day of April, 2012 by the affiant who is personally known to me.

_____
Notary Public

**JASON MARCUS COHEN**
Notary Public, State of Texas
My Commission Expires
April 23, 2014

**Brandon Sachse**
SCH-1082 Exp: 1/31/14

**DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.**
**1500 JFK Boulevard, Suite 1706**
**Philadelphia, PA 19102**
**(215) 977-9393**

Our Job Serial Number: LAW-2012001133
Ref: 57731
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

Case ID: 120301825

# Affidavit / Return of Service

| | | |
|---|---|---|
| **Plaintiff:** | RAFAELLE MIRARCHI | **Court Term & No.:** 120301825<br><br><br>E-File# 1207044865 |
| **Defendant:** | TENET HEALTHSYSTEM ST CHRISTOPHER'S HO | **Document Served:**<br>Plaintiff's Writ of Summons |
| **Serve at:** | ERIE AVE. & FRONT ST. | **Company Reference/Control No.:**<br>61314 |

Served and Made Known to TENET HEALTHSYSTEM ST CHRISTOPHER'S HOSPITAL FOR CHILDREN
LL on 07/24/2012 at 03:55 PM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: MS.
CLARK, OFFICE MANAGER

| | **Age:** | **Height:** | **Weight:** | **Race:** | **Sex:** |
|---|---|---|---|---|---|
| **Description** | 30 | 5' 4" | 135 lbs. | Caucasian | Female |
| | **Other:** | | | | |

| **Company Profile:** | **Name of Server:** GEORGE PHILLIPS |
|---|---|
| DENNIS RICHMAN SERVICES FOR THE<br>PROFESSIONAL, INC.<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215)977-9393 | Being duly sworn according to law,<br>deposes and says that he/she is process<br>server herein names; and that the facts<br>herein set forth above are true and<br>correct to the best of their knowledge,<br>information and belief. |
| | **Deputy Sheriff:** |

FILED AND ATTESTED PRO-PROTHY 29 JUL 2012 09:16 AM

\\zdrafsrv 12/8/11

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

## Commonwealth of PA
## In the Court of Common Pleas
## Philadelphia County



Rafaelle Mirarchi

V.

Case No.: 12-03-1825

Bernedette Mangan, RN, et al

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA    ss.

I, **Albert G. Mentz**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **07/25/2012** at **10:42 AM**, I served the within **Summons** on **Glenn Pelletier, MD**, Defendant. Said service was effected at **1801 Rockland Ave, Wilmington, DE 19803** in the following manner:

By delivering thereat a true copy to **Joyce Kimsey, Para Legal**, an agent or person in charge of the office or usual place of business of **Glenn Pelletier, MD** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Black** - Age: **42** - Height: **5'6''** - Weight: **180**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _____ day of _____, 20___.

X _____
**Albert G. Mentz**
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

_____
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

*61308*

Case ID: 120301825

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

Commonwealth of PA
In the Court of Common Pleas
Philadelphia County



**Rafaelle Mirarchi**

V.

Case No.: 12-03-1825

**Bernadette Mangan, RN, et al**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
COUNTY OF ERIE      ss.

I, RICHARD HARRINGTON , being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

On August 7th at 1:27 AM / PM I served the within **Summons** on **Karen Blount, RN,** Defendant.

Said service was effected at 257 W. Genesee St, Buffalo, NY, 14202 in the following manner:

☐ Personally served.

☐ Adult family member with whom said Defendant resides.
Relationship is _____

☐ Adult in charge of Defendant's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant resides.

☒ Agent or person incharge of Defendant's office or usual place of business.

☒ Virginia Tono- an officer of said Defendant's company.

☐ Other: Admn Asst

Addl Comments: _____

Description of person process was left with:

Sex: F   Skin: White   Hair: BR   Age: 55   Height: 5-6   Weight: 160

Signed and sworn to before me on this 7TH day of August , 20 12 .

X _____ RICHARD HARRINGTO
(Print Name)
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

_____
Notary Public

THOMAS F. BRINKWORTH
Notary Public, State of New York
Qualified in Erie County
Commission Expires 6/23/14

*61633*

Case ID: 120301825

# RETURN OF SERVICE

## DENNIS RICHMAN'S SERVICES FOR THE PROFESSIONAL INC.

1500 J.F.K. BOULEVARD • SUITE 1706 • PHILADELPHIA, PA 19102 • (215) 977-9393

| TO BE COMPLETED BY ATTORNEY (PLEASE ONE FORM FOR EACH DEFENDANT.) | COURT TERM AND NUMBER |
|---|---|
| PLAINTIFF/S/ Rafaelle Mirarchi | 12-03-1324 |
| DEFENDANT/S/ Bernadette Mangan, RN, et al | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC.
Tenet Healthsystem Philadelphia, INc.

ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
c/o CT Corporation, 116 Pine St., Ste. 320, Harrisburg, PA 17101

INDICATE TYPE OF PLEADING ☒ SUMMONS ☐ COMPLAINT ☐ ___

INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☒ DEPUTIZE ☐ POST ☐ OTHER

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Now, _____ August 3 _____ 20 12 I, Regina Richman _____ do hereby deputize the Sheriff of _____ Dauphin _____ County to execute this Writ and make return thereof according to law. The deputation being made at the request and risk of the plaintiff.

Process Server _Regina Richman_

### TO BE COMPLETED BY PROCESS SERVER

Served and made known to _____, Defendant(s) on the _____ day of _____ 20 _____, at _____ o'clock, _____ M., at _____, County of Phila. Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s). _____
☐ Agent or person in charge of Defendant's office or usual place of business. _____
☐ _____ an officer of said Defendant company.
☐ Other _____

On the _____ day of _____ 20 _____, at _____ o'clock, _____ M. Defendant not found because:

☐ Moved    ☐ Unknown    ☐ No Answer    ☐ Vacant    ☐ Other _____

Comments _____

NAME OF SERVER

I, _____ hereby affirms that the information contained in the Return of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Sworn to and subscribed before me this _____ day of _____ 20 _____

_____ (Signature)

| TO BE COMPLETED BY ATTORNEY | TO BE COMPLETED BY PROTHONOTARY |
|---|---|
| Name Bernard Smalley, Esquire | |
| Address 1617 JFK Blvd., Ste. 1700, Phila, PA 19103 | |
| Telephone Number 215-875-0609 | |
| Identification Number 35658 | |
| Represents: | |
| ☐ Plaintiff(s) _____ | |
| ☐ Defendant(s) _____ | |
| ☐ Other _____ | |

61743

Case ID: 120801825

## Office of the Sheriff



Shelley Ruhl
Real Estate Deputy

William T. Tully
Solicitor

Jack Duignan
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
Sheriff

**Commonwealth of Pennsylvania**　　　　：　　RAFAELLE MIRARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　VS
**County of Dauphin**　　　　　　　　　　：　　TENET HEALTHSYSTEM
　　　　　　　　　　　　　　　　　　　　　　　　　PHILADELPHIA, INC.

Sheriff's Return
No. 2012-T-2159
OTHER COUNTY NO. 120301825

And now: AUGUST 7, 2012  at 9:28:00 AM served the within REISSUED WRIT OF

SUMMONS upon TENET HEALTHSYSTEM PHILADELPHIA, INC. by personally handing to BOB

SERSCH  1 true attested copy of the original  REISSUED WRIT OF SUMMONS  and making known

to him/her the contents thereof at C/O CT CORP, 116 PINE ST, STE 320 HARRISBURG PA 17101

SR. CORPORATE OPERATIONS SPECIALIST

Sworn and subscribed to
before me this 8TH day of August, 2012

So Answers,

Sheriff of Dauphin County, Pa.

By
Deputy Sheriff

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires August 17, 2014

Deputy: WILLIAM T SNYDER
Sheriff's Costs: $41.25 8/6/2012


61743　　Case ID: 120301825

# RETURN OF SERVICE

## DENNIS RICHMAN'S SERVICES FOR THE PROFESSIONAL INC.

1500 J.F.K. BOULEVARD • SUITE 1706 • PHILADELPHIA, PA 19102 • (215) 977-9393

8/17

**OCT 12-1825**

TO BE COMPLETED BY ATTORNEY
(PLEASE ONE FORM FOR EACH DEFENDANT.)

PLAINTIFF/S/
Rafaelle Mirarchi

DEFENDANT/S/
Bernadette Mangan, RN, et al

12-03-1825

COURT TERM AND NUMBER

$48.65

7-17-1

1 Copy

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC.
Lisa Coulter, RN

ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
1302 N. Long Acre Blvd., Lansdowne, PA 19050

INDICATE TYPE OF PLEADING ☒ SUMMONS ☐ COMPLAINT ☐ _____

INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Now, _____ 20___ I, _____ do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. The deputation being made at the request and risk of the plaintiff.

Process Server _____

### TO BE COMPLETED BY PROCESS SERVER

Served and made known to _Lisa Coulter, RN_ _____, Defendant(s) on the _____ day of _Aug_ 20_12_, at _18_ o'clock, _N_ M., at _Said Address_ , County of Phila. Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served.
☒ Adult family member with whom said Defendant(s) reside(s). Relationship is _Doris Coulter (mother)_
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s). _____
☐ Agent or person in charge of Defendant's office or usual place of business. _____
☐ _____ an officer of said Defendant company.
☐ Other _____

On the _____ day of _____ 20___, at _____ o'clock, _____M.
Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other _____

Comments _____

NAME OF SERVER _William Small_
I, _____ hereby affirms that the information contained in the Return of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Sworn to and subscribed before me
this _14th_ day of _August_ 20_13_

_Grace M. Speck_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GRACE M. SPECK, Notary Public
Media Boro, Delaware County
My Commission Expires August 3, 2014

(Signature)

### TO BE COMPLETED BY ATTORNEY

Name _Bernard W Smalley, Esquire_
Address _1617 JFK Blvd., Ste. 1700, Phila., PA_
Telephone Number _215-875-0609_
Identification Number _35658_
Represents:
☐ Plaintiff(s) _____
☐ Defendant(s) _____
☐ Other _____

### TO BE COMPLETED BY PROTHONOTARY

ATTEST

61634

Case ID: 120301825

120010 00

EXP 8-16-12

# RETURN OF SERVICE

## DENNIS RICHMAN'S SERVICES FOR THE PROFESSIONAL INC.

1500 J.F.K. BOULEVARD • SUITE 1706 • PHILADELPHIA, PA 19102 • (215) 977-9393

TO BE COMPLETED BY ATTORNEY
(PLEASE ONE FORM FOR EACH DEFENDANT.)

COURT TERM AND NUMBER

Filed and attested by
12... PROTHONOTARY

PLAINTIFF/S/
Rafaelle Mirarchi                                    3-0

DEFENDANT/S/
Bernadette Mangan, RN, et al

**SERVE AT**
{ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC.
Bernadette Mangan    RN
ADDRESS (Street or RFD, Apartment No., City, Boro, Twp., State and ZIP Code)
161 Inverness Drive, #242, Blue Bell, PA 19422

INDICATE TYPE OF PLEADING ☒ SUMMONS ☐ COMPLAINT ☐ _____

INDICATE UNUSUAL SERVICE: ☐ REG. MAIL ☒ DEPUTIZE ☐ POST ☐ OTHER

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Now, _____August 2_____ 20_12_ I, _Regina Richman_____ do hereby
deputize the Sheriff of _____Montgomery_____ County to execute this Writ and make return thereof
according to law. The deputation being made at the request and risk of the plaintiff.

Process Server __Regina Richman__

### TO BE COMPLETED BY PROCESS SERVER

Served and made known to___BERNADOTTE MANGAN_____, Defendant(s)
on the ____10____ day of ___AUG_____ 20_12_, at _1045_ o'clock, _A_ M.,
at _____SAME_____, County of Phila. Commonwealth of Pennsylvania, in
the manner described below:

☒ Defendant(s) personally served.
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is_____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s). _____
☐ Agent or person in charge of Defendant's office or usual place of business._____
☐ _____ an officer of said Defendant company.
☐ Other _____

On the _____day of _____ 20_____, at _____o'clock, _____M.

Defendant not found because:
☐ Moved    ☐ Unknown    ☐ No Answer    ☐ Vacant    ☐ Other_____

Comments_____
_____
_____

NAME OF SERVER
I, _____ hereby affirms that the information contained in the Return of Service is
true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.
Sworn to and subscribed before me
this _____ day of _____ 20 _____

_____
(Signature)

| TO BE COMPLETED BY ATTORNEY | TO BE COMPLETED BY PROTHONOTARY |
|---|---|
| Name _Bernard W Smalley, Esquire_ | |
| Address _1617 JFK Blvd., Ste. 1700, Phila., PA_ | |
| Telephone Number _215-875-0609_ | |
| Identification Number_35658_ | |
| Represents: | |
| ☐ Plaintiff(s) _____ | |
| ☐ Defendant(s) _____ | |
| ☐ Other _____ | |

61632

Case ID: 120301225

Bernard W. Smalley, Esquire (Bar#:35658)
Tucker Law Group, LLC
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19106
(215) 875-0609

### Commonwealth of PA
### In the Court of Common Pleas
### Philadelphia County



Rafaelle Mirarchi

V.                                              Case No.: 12-03-1825

Bernadette Mangan, RN, et al                   **AFFIDAVIT OF SERVICE**
_____/

STATE OF NEW JERSEY
COUNTY OF CAMDEN    ss.

I, **Michael Doyle**, being duly sworn according to law upon my oath, depose and say, that I am not a party
to this action, am over 18 years of age and have no direct personal interest in this litigation.

On **08/25/2012** at **9:15 AM**, I served the within **Summons** on **Maria Scenna**, Defendant. Said service
was effected at **9 Oak Ridge Lane , Sewell, NJ 08080** in the following manner:

By delivering thereat a true copy to **Maria Scenna** and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Age: **45** - Height: **5'5"** - Weight: **130**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This
affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to
authorities.

Signed and sworn to before me on
this _____ day of _____, 20____.      X _____
                                                   **Michael Doyle**
                                                   Dennis Richman Services for the Professional, Inc.
_____                    1500 JFK Boulevard, Suite 1706
Notarial Seal                                      Philadelphia, PA 19102
Regina A. Richman, Notary Public                   215.977.9393
Falls Twp., Bucks County
My Commission Expires: December 12, 2013.

*61635*

# Affidavit / Return of Service

| Plaintiff: | RAFAELLE MIRARCHI | Court Term & No.: 120301825 |
|---|---|---|
| | | E-File# 1209000201 |

| Defendant: | MARIA SCENNA | Document Served:<br>Plaintiff's Writ of Summons |
|---|---|---|

| Serve at: | 9 OAK RIDGE LANE | Company Reference/Control No.:<br>61635 |
|---|---|---|

Served and Made Known to MARIA SCENNA on 08/25/2012 at 09:15 AM, in the manner described below:

Party(s) personally served. NAME: _____

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|
| | 45 | 5' 5" | 130 lbs. | Caucasian | Female |
| | Other: | | | | |

| Company Profile:<br>DENNIS RICHMAN SERVICES FOR THE<br>PROFESSIONAL, INC.,<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215) 977-9393 | Name of Server: MICHAEL DOYLE<br><br>Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief. |
|---|---|
| | Deputy Sheriff: |

FILED AND ATTESTED PRO-PROTHY 03 SEP 2012 04:26 PM

\\zdrafsrv 12/8/11