IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAELLE MIRARCHI, MBA, CCP, L.P.,  :  Plaintiff, : : | CIVIL ACTION : |
| v. : | No. 12-5749 |
| BERNADETTE MANGAN, RN, et al., : Defendants. : | |

**ORDER**

**AND NOW**, this 3rd day of January, 2013, upon consideration of Plaintiff's Motion for Remand and for Costs (Doc. No. 5), the response and reply thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part** as it relates to Plaintiff's motion for remand, and **DENIED in part** as it relates to Plaintiff's motion for costs.

**IT IS FURTHER ORDERED** that Defendants' "Motion to Dismiss or, in the Alternative, to Stay Proceedings and Compel Arbitration" (Doc. No. 4) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Court of Common Pleas for Philadelphia County. The Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**